■ SPELLMAN v NEW YORK CITY TRANSIT AUTHORITY. [673 NYS2d 1001] —Cross-motion for reargument or leave to appeal to the Court of Appeals denied in its entirety; motion for resettlement deemed a motion for clarification and the motion

is granted to the extent of specifying that the new trial afforded in the 11th line of the decretal paragraph of this Court's decision and order entered on December 23, 1997 (245 AD2d 197) be as to the issues of both liability and damages. Concur—Sullivan, J. P., Wallach, Tom and Mazzarelli, JJ.